# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CIVIL MINUTES

**CASE NO.  4:15cv106**                     **PLACE HELD -  GREENVILLE, MS**

**McWRIGHT v. GREENVILLE PUBLIC SCHOOL DISTRICT**

**DATE & TIME BEGAN/ENDED: 2/9/2016 @  10:00 - 11:15 am**

**TOTAL TIME -   1  Hour   15   Minutes**

---

**PRESENT:**          **Honorable Jane M. Virden, U.S. Magistrate Judge**

**ATTORNEY(S) FOR PLAINTIFF(S)**          **ATTORNEY(S) FOR DEFENDANT(S)**
Francis Starr Springer                            Willie Griffin

**PROCEEDINGS:   Settlement Conference**

---

**Docket Entry:**  Conference held.  Case settled.

**DAVID CREWS, CLERK**

By:  _____/s/ Dean Dacus_____
           Courtroom Deputy