# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CIVIL MINUTES

**CASE NO. 4:15cv106**  **PLACE HELD -** Telephonic

**McWRIGHT v. GREENVILLE PUBLIC SCHOOL DISTRICT**

**DATE & TIME BEGAN/ENDED:** 5/11/2017 @ 11:00 - 11:30 am

**Total Time - 30 min.**

**PRESENT:** Honorable Jane M. Virden, U.S. Magistrate Judge

**Attorney(s) for plaintiff(s)**
Francis Starr Springer

**Attorney(s) for defendant(s)**
Willie Griffin

**PROCEEDINGS:** Telephonic Status Conference

**Docket Entry:** Conference held to discuss an issue re a term of release. The issue was resolved by the parties.

**DAVID CREWS, CLERK**

**By:** ___/s/ Dean Dacus___
**Courtroom Deputy**