IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LESHAUN MCWRIGHT**                                                     **PLAINTIFF**

**V.**                                                             **NO. 4:15-CV-106-DMB-JMV**

**GREENVILLE PUBLIC SCHOOL**
**DISTRICT**                                                       **DEFENDANT**

## ORDER CLOSING CASE

On May 25, 2017, LeShaun McWright filed an "Agreed Stipulation of Dismissal with Prejudice" signed by her counsel and by counsel for Greenville Public School District. Doc. #36. In the document, the parties "stipulate that all claims set forth in Plaintiff's Complaint against said Defendant are hereby dismissed with prejudice, this matter having been settled between the parties." Accordingly, the Clerk of the Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 26th day of May, 2017.

                                                     **/s/ Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**